UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L. CLOSSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CHERYL STRANGE,<br><br>            Defendant. | Case No. C24-5895-JCC-SKV<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND |

This is a prisoner civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff has submitted to the Court for consideration a motion seeking leave to amend his complaint to add a demand for nominal damages to the demand for injunctive relief set forth in his original pleading. Dkt. 13. Plaintiff requests the Court's direction on how to effectuate the proposed amendment. *Id*. Defendant has filed a response in which she indicates she does not object to the proposed amendment but, as there is no amended complaint currently before the Court, she reserves the right to object should any later filed amended complaint contain demands not set forth in Plaintiff's current motion. Dkt. 16. Given that Defendant does not object to the proposed amendment, the Court will grant Plaintiff's motion, conditioned on him filing an amended pleading by the deadline set forth below.

ORDER GRANTING PLAINTIFF'S
MOTION TO AMEND - 1

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's motion to amend (Dkt. 13) is GRANTED. Plaintiff shall submit his amended complaint to the Court not later than *March 21, 2025*. Plaintiff shall submit his amended pleading on the Court's standard prisoner civil rights form, a copy of which will be provided with this Order. Plaintiff shall limit any amendment to that specifically proposed in his motion to amend. Should the amended pleading contain amendments beyond that which Plaintiff has proposed in his motion, the Court will strike the pleading and Plaintiff will be required to seek further amendment by following the procedures set forth in Local Civil Rule ("LCR") 15(a). If Plaintiff fails to file an amended complaint by the deadline set forth above, the original complaint will remain the operative pleading in this action.

(2) The Clerk is directed to send Plaintiff the appropriate form so that he may file an amended complaint. The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendant, and to the Honorable John C. Coughenour.

Dated this 20th day of February, 2025.

S. KATE VAUGHAN
United States Magistrate Judge