THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L. CLOSSON, <br><br> Plaintiff, <br><br> v. <br><br> CHERYL STRANGE, <br><br> Defendant. | CASE NO. C24-5895-JCC-SKV <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 34). Pursuant to LCR 7(h)(3), the Court INSTRUCTS Defendant to file a response to the motion no later than September 26, 2025. The response should not exceed six (6) pages and be limited to the issue(s) identified in Plaintiff's motion (including supporting exhibits). Plaintiff may file a reply of no more than three (3) pages by October 17, 2025.

DATED this 8th day of September 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk